IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEITH DREILING,

      Appellant,

 v.

                             Case No.  5D21-2629
                             LT Case No. 2019-CA-10088

WAL-MART STORES EAST, L.P.,

      Appellee.

_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Brevard County,
William David Dugan, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Jack R. Reiter, and Sydney M.
Feldman, of GrayRobinson, P.A.,
Miami, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, COHEN and TRAVER, JJ., concur.